In the Matter of OKSOON K., Respondent, v YOUNG K., Appellant.

Submitted October 20, 2014; decided November 20, 2014

Motion for reargument of motion for leave to appeal denied [*see* 24 NY3d 902 (2014)].